1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPSON AMERICA, INC.,<br><br>　　　　　Petitioner,<br><br>v.<br><br>KADAKIA INTERNATIONAL, INC.,<br><br>　　　　　Respondent. | Case No. 8:23-cv-01735-CJC-DFM<br><br>**ORDER RE STIPULATED BRIEFING SCHEDULE ON EPSON'S PETITION TO VACATE ARBITRATION AWARD**<br><br>*[filed concurrently with Stipulation Concerning Briefing Schedule on Petition to Vacate Arbitration Award]*<br><br>Judge: Honorable Cormac J. Carney |

## ORDER

This Court, having considered the stipulation of Petitioner Epson America, Inc., and Respondent Kadakia International, Inc., it is hereby ORDERED that the following briefing schedule applies to Epson's Petition to Vacate Arbitration Award:

Petitioner shall file its Reply on or by January 8, 2024.

Respondent shall file its Sur-Reply, if elected to do so, on or by January 15, 2024.

Petitioner to give notice.

**IT IS SO ORDERED.**

DATED: December 14, 2023

_____
Hon. Cormac J. Carney
United States District Judge